In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00211-CR
_____

## EX PARTE TAYLOR CANTRELL

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. WR00828**

## MEMORANDUM OPINION

Taylor Cantrell has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 12, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.

1